**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>DWIGHT CARLSON AS TRUSTEE FOR PYRAMID TRIBE TR-116,<br><br>        Defendant. | 3:16-cv-00520-HDM-WGC<br><br><br><br><br><br><br>*and related case* |
| SPRINGLAND VILLAGE HOMEOWNERS ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>JENNIE M. PEARMAN, TRUSTEE OF THE JENNIE M. PEARMAN REVOCABLE LIVING TRUST, DATED JULY 28, 2004, et al.,<br><br>        Defendants. | 3:16-cv-00423-MMD-WGC<br><br><br><br><br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have reviewed Federal National Mortgage Association's notice of related case (ECF No. 4 in case no. 3:16-cv-00520-HDM-WGC; ECF No. 11 in case no. 3:16-

1

cv-00423-MMD-WGC) and have individually and collectively determined that these actions are related and that there is good cause to reassign them to one District Judge. Additionally, reassignment will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

    Accordingly, it is hereby ordered that case no. 3:16-cv-00520-HDM-WGC is reassigned to District Judge Miranda M. Du, and all further pleadings must bear case no. 3:16-cv-00423-MMD-WGC.

DATED THIS 3rd day of October 2016.

_____   _____
HOWARD D. McKIBBEN                    MIRANDA M. DU
UNITED STATES DISTRICT JUDGE    UNITED STATES DISTRICT JUDGE